```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )   No. CR-08-102-RHW
              Plaintiff,     )
                             )   ORDER GRANTING DEFENDANT'S
v.                           )   MOTION TO MODIFY AND ORAL
                             )   MOTION TO PERMIT TRAVEL
WAYNE D. McDUFFIE,           )
                             )
              Defendant.     )
                             )
```

At the June 25, 3009, hearings on Defendant's Motion to Modify (Ct. Rec. 145), and Defendant's oral Motion for permission to travel (Ct. Rec. 153), Defendant was present with counsel Richard D. Wall. Assistant U.S. Attorneys Aine Ahmed and Joseph Harrington represented the United States.

The court finds Defendant has been in compliance with conditions of release.

**IT IS ORDERED:**

1. Defendant's Motion **(Ct. Rec. 145)** is **GRANTED.** Defendant's release no longer shall be subject to electronic monitoring. A curfew, instead, of **9:00 p.m. to 7:00 a.m.** (except as necessary for evening chemical dependency counseling) is imposed to permit employment and attendance of classes, if permitted by the treatment provider and Pretrial Services.

2. Defendant's oral Motion for permission to travel to Tacoma to visit his mother from July 2 through July 5, 2009, **(Ct. Rec. 153)**

ORDER GRANTING DEFENDANT'S MOTION TO
MODIFY AND ORAL MOTION TO PERMIT TRAVEL - 1

1  is **GRANTED.**  During Defendant's stay in Tacoma, there shall be no
2  alcohol or drugs in Defendant's mother's residence, Defendant shall
3  attend one N.A. meeting, Defendant shall call Pretrial Services each
4  day, and shall call his attorney once during his stay.  In addition,
5  Defendant shall check in with Pretrial Services on July 6, 2009.
6      DATED June 25, 2009.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO
MODIFY AND ORAL MOTION TO PERMIT TRAVEL ~ 2