✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Wayne D. McDuffie              Docket No.       2:08CR00102-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Shawn Kennicutt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Wayne D. McDuffie who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 14th day of August 2009, under the following conditions:

**Special Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Wayne D. McDuffie is considered in violation of his conditions of pretrial release by providing a positive urinalysis sample for THC on February 9, 2010.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     February 18, 2010

by     s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

02-18-2010

Date