✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Wayne D. McDuffie          Docket No.          2:08CR00102-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of defendant Wayne D. McDuffie who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 14th day of August 2009, under the following conditions:

**Special Condition #24**: Following inpatient treatment, defendant shall participate in an aftercare program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Wayne D. McDuffie is considered in violation of his conditions of pretrial release by being unsuccessfully discharged from outpatient treatment on April 12, 2010.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/21/2010

by   s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

04-21-2010
Date