UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WAYNE D. McDUFFIE,<br><br>    Defendant. | No. CR-08-102-RHW<br><br>ORDER FOLLOWING INITIAL APPEARANCE - PETITION<br><br>☑ **MOTION TO MODIFY CONDITIONS OF RELEASE DENIED (Ct. Rec. 272)** |

Date of hearing: May 11, 2010

☑    Petition for action: Pre-Sentence

Defendant was advised of, and acknowledged, Defendant's rights.

☐    Probable cause hearing set before Judge Imbrogno:

    _____    _____
               (Date)                             (Time)

☐    Defendant, personally and through counsel, waived Defendant's right to a probable cause hearing.

☐    Bail hearing set before Judge Imbrogno:

    _____    _____
                 (Date)                             (Time)

☐    Defendant, personally and through counsel, waived the right to a bail hearing.

    Defendant shall be held in detention pending disposition of this case or until further order of the court. Defendant may petition the court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States Attorney. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

ORDER - 1

1  ☐  Directive(s) to U.S. Marshal: _____

   _____

☑  Other: _No findings made on the Petition_
_at this time._
_Oral motion to remove electronic monitoring_
_DENIED with leave to renew in 30 days._

DATED: May 11, 2010

_____
CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 2