UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>             Plaintiff,       )<br>                              )<br>v.                            )<br>                              )<br>WAYNE D. McDUFFIE, JR.,       )<br>                              )<br>             Defendant.       )<br>_____) | CR-08-102-RHW<br><br>ORDER GRANTING DEFENDANT'S<br>MOTION TO MODIFY RELEASE<br>CONDITIONS (Ct. Rec. 277) |

On June 24, 2010, defendant appeared with counsel and requested that the conditions of release as modified on October 16, 2009, be further modified to allow defendant to be removed from electronic home monitoring. The Government opposed the motion.

IT IS SO ORDERED that the conditions of release are modified and the condition of electronic home monitoring is removed. All other conditions of release remain, including the condition of home detention.

DATED June 24, 2010.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER - 1