UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>WAYNE D. McDUFFIE, JR.,<br><br>              Defendant. | NO. CR-08-102-RHW<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS AND SETTING STATUS HEARING |

On April 18, 2011, Defendant appeared with counsel and requested that the conditions of release be modified.

The oral Motion **(Ct. Rec. 303)** is **GRANTED** in part. The conditions of release are modified to the extent that Pretrial Services has the discretion to decrease the number of random UAs if deemed proper. All other conditions of release remain.

A status hearing is set for **August 16, 2011, at 1:30 p.m.,** before the undersigned.

**IT IS SO ORDERED.**

DATED April 19, 2011.

                        S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE