UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>WAYNE D. McDUFFIE, JR.,<br><br>           Defendant. | NO. CR-08-102-RHW<br><br>ORDER GRANTING IN PART DEFENDANT'S ORAL MOTION TO MODIFY RELEASE CONDITIONS AND SETTING STATUS HEARING |

At the August 16, 2011, status hearing, Defendant appeared with counsel Richard Wall. Assistant U.S. Attorney Aine Ahmed represented the United States. The Defendant orally moved to modify his conditions of release. The United States objected.

The Defendant's oral Motion **(Ct. Rec. 307)** is **GRANTED** in part. Defendant shall be required to submit to at least one urinalysis test per month or two if Pretrial Services requires. Defendant's curfew shall be kept in place, but Pretrial Services has discretion to relax curfew upon timely request. All other conditions of release remain.

A status hearing is set for **October 27, 2011, at 1:30 p.m.,** before the undersigned.

**IT IS SO ORDERED.**

DATED August 16, 2011.

                              S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE