⁂ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 18 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE WASHINGTON

U.S.A. vs.        Wayne D. McDuffie         Docket No.         2:08CR00102-001

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Wayne D. McDuffie, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, sitting in the court at Spokane, Washington, on the 14th day of August 2009, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

**Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant was arrested for third degree driving while license suspended on September 24, 2011, in Puyallup, Washington. The defendant pled guilty to an amended charge of no valid operator's license with valid identification in Puyallup Municipal Court on October 6, 2011, and received a fine. The defendant also was issued a *citation* for failure to yield right of way in Puyallup, Washington, on September 24, 2011, and received a fine from the Puyallup Municipal Court on October 6, 2011.

**Violation #2:** The defendant failed to advise the U.S. Probation/Pretrial Services office of his arrest in Puyallup, Washington, within 1 business day.

**Violation #3:** The defendant failed to submit to random urinalysis testing as directed.

### PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   11/18/2011 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Probation Officer |

PS-8
Re: McDuffie, Wayne D.
November 18, 2011
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other  to be addressed at 11/18/2011 status conference.

_____
Signature of Judicial Officer

_____11/18/2011_____
Date