PROB 12C
(6/16)

Report Date: November 29, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wayne D. McDuffie                Case Number: 0980 2:08CR00102-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: July 19, 2012

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1); Manufacturing 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 41 months; TSR - 36 months    Type of Supervision: Supervised Release |
| Revocation Sentence: (March 23, 2015) | Prison - 24 months; TSR - 12 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office    Date Supervision Commenced: August 24, 2016 |
| Defense Attorney: | Richard D. Wall    Date Supervision Expires: August 23, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

   **Supporting Evidence**: On November 28, 2016, Wayne McDuffie was arrested for violating a no contact order with Shatha Davis. Charges remain pending in Spokane County District Court. Contact with the Spokane County Prosecutor's Office reveals that charges are being reviewed to be re-filed as a felony.

2    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   **Supporting Evidence**: The undersigned officer directed Mr. McDuffie not to have any contact with Ms. Davis. Specifically, prior to Mr. McDuffie's release, the undersigned officer made it very clear that he was not to have any contact directly or indirectly with Ms.

Prob12C
**Re: McDuffie, Wayne D.**
**November 29, 2016**
**Page 2**

      Davis. Additionally, he was provided with a copy of the Post Conviction Domestic Violence No Contact Order filed in Spokane County Superior Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on:  11/29/2016

      s/Richard Law

      Richard Law
      U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

      *Robert H. Whaley*
      Signature of Judicial Officer

      11/29/2016
      Date